469 A.2d 296

Commonwealth v. Gadson, Appellant.

Submitted October 3, 1983. Edward V. Schulgen, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and HESTER and LIPEZ, JJ.

Judgment of sentence affirmed.

469 A.2d 296

Commonwealth v. Halligan, Appellant.

Argued October 3, 1983. John A. Prodoehl, Jr., for appellant; Donald Brown, for Commonwealth, appellee.

Before WICKERSHAM, WIEAND and LIPEZ, JJ.

Order affirmed.